

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00047-CV

| | | |
|---|---|---|
| MATTHEW D. CHALLIS AND JEFFERIES, LLC, Appellants | § | On Appeal from the 342nd District Court |
| v. | § | of Tarrant County (342-303752-18) |
| FIAMMA STATLER, LP; FIAMMA PARTNERS, LLC; AND FIAMMA MANAGEMENT GROUP, LLC, Appellees | § | March 16, 2023 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court to redetermine the amount of all reasonable and necessary attorney's fees incurred by the Underwriters with respect to the challenged causes of action.

It is further ordered that Fiamma Statler, LP; Fiamma Partners, LLC; and Fiamma Management Group, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth